ACCEPTED
06-15-00075-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/10/2015 8:48:12 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00075

_____

IN THE COURT OF APPEALS
FOR THE SIXTH JUDICIAL DISTRICT
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

12/10/2015 8:48:12 AM

DEBBIE AUTREY
Clerk

_____

GARY DAVID BRAY AND TEXAS DIVISION, SONS OF CONFEDERATE
VETERANS, INC., AND DAVID STEVEN LITTLEFIELD,
Appellants,

v.

GREGORY L. FENVES, IN HIS CAPACITY AS THE PRESIDENT OF
THE UNIVERSITY OF TEXAS AT AUSTIN
Appellee.

_____

On Appeal from the 53rd Judicial District Court of Travis County, Texas
Cause No. D-1-GN-15-003330

_____

### APPELLEE'S NOTICE OF SUBSTITUTION OF COUNSEL

_____

TO THE HONORABLE JUDGES OF SAID COURT:

Appellee Gregory L. Fenves, in his Capacity as the President of the University of Texas at Austin, respectfully shows the Court that his counsel of record is Mariel T. Puryear. Ms. Puryear will be leaving the employment of the Office of the Attorney General, and this case has been administratively assigned to Adam N. Bitter. From this date, Mr. Bitter will represent Appellee in this action as lead counsel. Mr. Bitter is a member in good standing of the State Bar of Texas.

WHEREFORE, Appellee Gregory L. Fenves, in his Capacity as the President of the University of Texas at Austin, prays that this Court note the withdrawal of Mariel T. Puryear as counsel of record and enter the appearance of Adam N. Bitter as counsel of record and attorney-in-charge for Appellee in the above-styled and numbered cause of action. All future correspondence, pleadings, motions and other matters should now be addressed and directed as

1

indicated below to Mr. Bitter as counsel of record for Appellee.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Division Chief – General Litigation


/s/ Adam N. Bitter
ADAM N. BITTER
Attorney in Charge
Texas Bar No. 24085070
MARIEL T. PURYEAR
Texas Bar No. 24078098
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
(512) 475-4099 (Telephone)
(512) 320-0667 (Facsimile)
adam.bitter@texasattorneygeneral.gov


ATTORNEYS FOR APPELLEE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served electronically through the electronic filing manager in accordance with Tex. R. App. P. 9.5(b)(1) on December 10, 2015 to:

Kirk D. Lyons
Southern Legal Resource Center, Inc.
P.O. Box 1235
Black Mountain, North Carolina 28711
kdl@slrc-csa.org

C.L. Ray
604 Beardsley Lane, Suite 100
Austin, Texas 78746
clray4523@hotmail.com


/s/   Adam N. Bitter
ADAM N. BITTER
Assistant Attorney General